UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __13__

Dawson
-v-
N.Y. Parole Board, et al

U.S.C.A. # _____

U.S.D.C. # __08-cv-2108__

JUDGE: __KMW__

DATE: __JULY 21, 2008__

*U.S. DISTRICT COURT FILED JUL 21 2008 S.D. OF N.Y.*

# INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------

**DOCUMENT DESCRIPTION**                                                **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) Original Record                        ( _____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21ST Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Dawson

-v-

N.Y. Parole Board, et al

U.S.C.A. # _____

U.S.D.C. # 08-cv-2108

JUDGE: KMW

DATE: JULY 21, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __12__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21ST Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02108-KMW
### Internal Use Only

Dawson v. New York Parole Board et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 03/03/2008
Date Terminated: 06/24/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Henry Lee Dawson.(jeh) (Entered: 03/12/2008) |
| 03/03/2008 | 2 | COMPLAINT against New York Parole Board, Mohawk Correctionael, New York Southern District Court. Document filed by Henry Lee Dawson.(jeh) (Entered: 03/12/2008) |
| 03/03/2008 | | Magistrate Judge Frank Maas is so designated. (jeh) (Entered: 03/12/2008) |
| 03/03/2008 | 3 | 60 DAYS ORDER; Plaintiff's request to proceed in forma pauperis is granted; however, for reasons set forth in this order, plaintiff is hereby directed to file an amended complaint. Should Plaintiff decide to submit an amended complaint, it must be submitted to this Court's Pro Se Office within sixty (60) days of the date of this order, be captioned Amended Complaint and bear the same docket number as this order. No summons shall be issued at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails to comply with this order, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. The Court certifies pursuant to 28 U.S.C. 1915(a)...that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 03/03/2008) (jeh) (Entered: 03/12/2008) |
| 03/14/2008 | | NOTICE OF CHANGE OF ADDRESS by Henry Lee Dawson. New Address: c/o Swans, 94 Rivington Street, Apt 1, New York, NY, 10002,. (cd) (Entered: 03/20/2008) |
| 03/28/2008 | 4 | AMENDED COMPLAINT against James Harford, Roberta Jones, Castro, Partner of P.O. Harford, New York Parole Board, Mohawk Correctionael, New York Southern District Court amending 2 Complaint with JURY DEMAND.Document filed by Henry Lee Dawson. Related document: 2 Complaint filed by Henry Lee Dawson.(dle) (Entered: 04/02/2008) |
| 04/22/2008 | 5 | NOTICE OF CHANGE OF ADDRESS by Henry Lee Dawson. New Address: Manhattan Detention Center, 125 Whit Street, New York, New York, 10013,. (pl) (Entered: 04/24/2008) |
| 04/28/2008 | 6 | SECOND AMENDED COMPLAINT against James Harford, Roberta Jones, Castro, Partner of P.O. Harford, New York Parole Board, Mohawk Correctionael, New York Southern District Court.Document filed by Henry Lee Dawson.(dle) (Entered: 05/02/2008) |
| 05/20/2008 | 7 | MOTION for an order for removal from incarceration, for removal of myself from parole. Document filed by Henry Lee Dawson.(pl) (Entered: 05/27/2008) |
| 05/27/2008 | | AFFIRMATION of Henry Lee Dawson in Opposition to motion. Document filed by Henry Lee Dawson. (pl) Modified on 5/29/2008 (pl). (orig. document docketed in 08cv1682 as document #6). (Entered: 05/29/2008) |
| 05/30/2008 | 8 | PRO SE MEMORANDUM dated 5/29/08 re: CHANGE OF ADDRESS for Henry Lee Dawson. New Address: 06R5414, Downstate Correctional Facility, Red Schoolhouse Rd., Fishkill, NY, 12524. (tro) (Entered: 05/30/2008) |
| 06/05/2008 | 9 | NOTICE OF CHANGE OF ADDRESS by Henry Lee Dawson. New Address: Fishkill Correctional Facility, #06R5414, P.O. Box 1245, Beacon, New York, 12508. (pl) (Entered: 06/09/2008) |
| 06/24/2008 | 10 | JUDGMENT, Pursuant to the order issued June 24, 2008, by the Honorable Kimba M. Wood, Chief Judge, dismissng this action without prejudice, it is, ORDERED, ADJUDGED AND DECREED: That this action is hereby dismissed without prejudice. 28 U.S.C. 1915(e)(2)(B)(ii),(iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/24/08) (Attachments: # 1 Notice of Right to Appeal)(dt) (Entered: 06/24/2008) |
| 06/24/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Henry Lee Dawson. (jab) (Entered: 06/25/2008) |
| 06/24/2008 | 11 | ORDER OF DISMISSAL; that plaintiffs action is dismissed without prejudice. 28 U.S.C. section 1915(e)(2)(B)(ii),(iii). The Court certifies pursuant to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/24/08) (pl) (Entered: 06/26/2008) |
| 07/03/2008 | 12 | NOTICE OF APPEAL from 10 Judgment, 11 Order of Dismissal. Document filed by Henry Lee Dawson. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 07/17/2008) |
| 07/03/2008 | | Appeal Remark as to 12 Notice of Appeal filed by Henry Lee Dawson. $455.00 APPEAL FEE DUE. IFP REVOKED 6/24/08. (tp) (Entered: 07/17/2008) |
| 07/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 12 Notice of Appeal. (tp) (Entered: 07/17/2008) |
| 07/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 12 Notice of Appeal. (tp) (Entered: 07/17/2008) |